F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: CR 07 - 00006 |
| Plaintiff, ) | INDICTMENT |
| v. ) | Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) |
| PAUL VILLANUEVA ADA, ) a/k/a/ "PAUL MADUK," ) | Possession With The Intent To Distribute a Controlled Substance (Count 1) |
| Defendant. ) | |

The Grand Jury Charges that:

## COUNT 1
(Possession With the Intent to Distribute a Controlled Substance)

On or about April 13, 2007, within the District of the Northern Mariana Islands, Defendant PAUL VILLANUEVA ADA, a/k/a/ "PAUL MADUK," knowingly and intentionally possessed a controlled substance, that is, more than five (5) grams of methamphetamine in a form commonly known as "ice," with the intent to distribute it, in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B)(viii).

DATED this 4th day of May, 2007.        A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney