LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00007 |
| Plaintiff, | **ORDER** |
| v. | |
| NORBERT BENAVENTE CAMACHO, and DINA TORRES GONZALES, | |
| Defendants. | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE