AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

FILED
Clerk
District Court

MAY - 8 2007

for The Northern Mariana Islands

By _____ (Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PAUL VILLANUEVA ADA,**
**a/k/a, "PAUL MADUK,"**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 07 - 00006**

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PAUL VILLANUEVA ADA, a/k/a, "PAUL MADUK,"**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Possession With The Intent to Distribute a Controlled Substance (Count 1)**

RECEIVED MAY 04 2007 US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1) and (b)(1)(B)(viii)**

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 5-4-07    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ **NO BAIL**   by /s/ Alex R. Munson
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Airport Rd Residence Ada, unfinished Cliffside Hotel

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04 MAY 07 | W. M. Calvert | /s/ CIDUSM #3056 |
| DATE OF ARREST | CIDUSM #3056 | D/NMI |
| 05 MAY 07 | | |