FILED
Clerk
District Court

MAY 1 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | CRIMINAL CASE NO. 07-00006-001 |
| ) | |
| -v-       ) | |
| ) | |
| PAUL VILLANUEVA ADA,       ) | O R D E R |
| ) | SETTING TRIAL DATE |
| ) | |
| Defendant.       ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, JULY 16, 2007 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **WEDNESDAY, MAY 30, 2007.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment),

AO 72
(Rev. 08/82)

(One original and three copies for the Court);

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 10th day of May, 2007

                                        */s/ Alex R. Munson*
                                        ALEX R. MUNSON
                                        Chief Judge

AO 72
(Rev. 08/82)