# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUL - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL VILLANUEVA ADA,<br>a/k/a "PAUL MADUK,"<br><br>Defendant. | ) Case No.: No. 07-00006<br>)<br>) **ORDER DISMISSING**<br>) **INDICTMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the government's oral motion made in open court to dismiss the Indictment against the above-captioned Defendant, it is hereby

ORDERED that the government's motion should be and hereby is granted and it is further

ORDERED that the Indictment against the above-captioned Defendant should be and hereby is DISMISSED.

7-2-07
Date

_ALEX R. MUNSON_
ALEX R. MUNSON
United States District Court Judge